**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 16, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00558-CV

---

### SUE KAPETANAKIS, Appellant

### V.

### JOHN H. WALKER, Appellee

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1000555-101**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 12, 2014. On December 2, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.